1  McGREGOR W. SCOTT
United States Attorney
2  KRISTI C. KAPETAN
Assistant U.S. Attorney
3  3654 Federal Building
1130 O Street
4  Fresno, California 93721
Telephone: (559) 498-7440

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    1:05-cv-00733-AWI-SMS

                    Plaintiff,
12                                               APPLICATION AND ORDER
        v.                                       FOR PUBLICATION
13
    REAL PROPERTY LOCATED AT 8647
14  NINTH STREET, SAN JOAQUIN, FRESNO
    COUNTY, CALIFORNIA, APN: 033-091-24,
15  INCLUDING ALL APPURTENANCES AND
    IMPROVEMENTS THERETO,
16
                    Defendant.

17

18      The United States of America, plaintiff herein, applies for an order of publication as follows:

19      1.      Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims

20  provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper

21  of general circulation in the district, designated by order of the Court;

22      2.      Local Rule 83-171, Eastern District of California, provides that the Court shall

23  designate by order the appropriate newspaper for publication;

24      3.      The defendant property is located in Fresno County, San Joaquin, California;

25      4.      Plaintiff proposes that publication be made as follows:

26          a.      **Three** publications;

27          b.      In the following newspaper, a legal newspaper of general circulation, located

28  in the county in which the defendant property is located: **Fresno Business Journal**

1          c.      The publication to include the following:

2               (1)      The Court, title and number of the action;

3               (2)      The date of the arrest/posting;

4               (3)      The identity and/or description of the property arrested/posted;

5               (4)      The name, address and telephone number of the attorney for the

6 plaintiff;

7               (5)      A statement that claims of persons entitled to possession or claiming

8 an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with

9 the Clerk and served on the attorney for the plaintiff within 30 days after the date of publication;

10               (6)      A statement that answers to the complaint must be filed and served

11 within 20 days after the filing of the claim and, in the absence thereof, default may be entered and

12 condemnation ordered;

13               (7) A statement that applications for intervention under Fed. R. Civ. P. 24 by

14 persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims

15 for possession; and

16               (8)      The name, address, and telephone number of the U.S. Marshal and/or

17 Department of Treasury.

18

19 DATED:  6/6/05                    McGREGOR W. SCOTT
                                               United States Attorney

20

21                                        /s/ KRISTI C. KAPETAN
                                       KRISTI C. KAPETAN

22                                        Assistant U.S. Attorney

23                                **ORDER**

24

     IT IS SO ORDERED.

25

26 **Dated:   June 9, 2005**                    **/s/ Sandra M. Snyder**
icido3                               UNITED STATES MAGISTRATE JUDGE

27

28