UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED AT 8647 NINTH STREET, SAN JOAQUIN, FRESNO COUNTY, CALIFORNIA, APN: 033-091-24 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, <br><br> Defendant. | 1: 05-CV-00733-AWI-SMS <br><br> ORDER DIRECTING THE FILING BY PLAINTIFF OF A SUPPLEMENTAL BRIEF ON MOTION FOR DEFAULT JUDGMENT NO LATER THAN FEBRUARY 17, 2006 |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303. Pending before the Court is Plaintiff's motion for default judgment, which is set for hearing on March 24, 2006.

An application for a default judgment qualifies as a motion pursuant to Fed. R. Civ. P. 7(b)(1) and Local Rule 1-101(19), and it should include briefs pursuant to Local Rule 78-230(b). Thus, when seeking a default judgment, a plaintiff should provide the Court with points and authorities containing citations to

1

authority required in order for the Magistrate Judge to make complete findings and recommendations. It is the party's burden to demonstrate to the Court that under the pertinent law, the Plaintiff's claims, as alleged, are legally sufficient and that the Plaintiff is entitled to the relief sought.

A default judgment generally bars the defaulting party from disputing the facts alleged in the complaint, but the defaulting party may argue that the facts as alleged do not state a claim. <u>Alan Neuman Productions, Inc. v. Albright</u>, 862 F.2d 1388, 1392. Thus, well pleaded factual allegations, except as to damages, are taken as true; however, necessary facts not contained in the pleadings, and claims which are legally insufficient, are not established by default. <u>Cripps v. Life Ins. Co. of North America</u>, 980 F.2d 1261, 1267 (9th Cir. 1992); <u>TeleVideo Systems, Inc. v. Heidenthal</u>, 826 F.2d 915, 917 (9th Cir. 1987).

Because claims that are legally insufficient are not established by a party's default, a court in considering an application for default judgment must determine whether the claims upon which a plaintiff seeks a default judgment are legally sufficient. When seeking a default judgment, a plaintiff should provide the Court with points and authorities containing citations to authority showing that the claim or claims stated in the complaint include allegations of fact establishing all the necessary elements required for entitlement to relief. It is the party's burden to demonstrate to the Court that under the pertinent law, the Plaintiff's claims, as alleged, are legally sufficient.

Review of the Plaintiff's ex parte application for default

judgment shows Plaintiff has not submitted points and authorities and accompanying analysis showing the legal sufficiency of the claim or claims as stated in the complaint, the Plaintiff's entitlement to the relief requested, or the legal sufficiency of Plaintiff's attempts to serve property owners or persons with a known potential interest in the property under the applicable law governing notice or service.

     Plaintiff MAY FILE a supplemental brief to correct this deficiency no later than February 17, 2006.

IT IS SO ORDERED.

**Dated:   January 31, 2006**                    **/s/ Sandra M. Snyder**
icido3                                           UNITED STATES MAGISTRATE JUDGE