UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiff, <br> v. <br><br> REAL PROPERTY LOCATED AT 8647 NINTH STREET, SAN JOAQUIN, FRESNO COUNTY, CALIFORNIA, APN:033-091-24, including all appurtenances and improvements thereto, <br><br> Defendant. | 1:05-CV-00733-AWI-SMS <br><br> ORDER RE: FINDINGS AND RECOMMENDATIONS (DOC. 24) |

    Plaintiff is proceeding with a civil action in this Court.

    On May 5, 2006, the Magistrate Judge filed findings and a recommendation that Plaintiff's application for default judgment of forfeiture be denied. The findings and recommendation were served on all parties on May 5, 2006, and contained notice that any objections to the findings and recommendation were to be filed within thirty (30) days of the date of service of the order.

    On June 2, 2006, the Plaintiff filed notices of summons returned executed as of May 26, 2006, as to service of Jose Luis Mandujano and Leticia Espino Mandujano, which reflect that an

1  attempt to serve Leticia Espino with numerous documents was made
2  on May 26, 2006, by the Marshal, and that the documents were left
3  in front of the front door at the residence; an attempt to serve
4  Jose Luis Mandujano with numerous documents was made on May 26,
5  2006, and documents were left in front of the front door at the
6  residence. There is no indication that the documents were
7  actually left with an adult person at either of the sites.
8       On June 5, 2006, Plaintiff filed objections to the findings
9  and recommendation and a declaration of Autumn Magee in support
10 of the objections. The declaration reveals that on May 5, 2006,
11 certified mailing of various documents was made to the Manning
12 Avenue address for Jose Luis Mandujano and at the Ninth Street
13 address for Leticia Espino Mandujano. No claim or answer had been
14 filed by June 5, 2006.
15      There was no indication of any additional publication or
16 other form of substituted service pursuant to California law.
17      Generally, a new theory cannot properly be raised in
18 objections to Findings and Recommendations. Greenhow v. Secretary
19 of HHS, 863 F.2d 633, 638-39 (9th Cir. 1988), overruled on other
20 grounds by United States v. Hardesty, 977 F.2d 1347 (9th
21 Cir.1992). Factual assertions which could have been but were not
22 presented to the Magistrate Judge should be given no
23 consideration when the court is deciding whether to adopt
24 findings and recommendations. Sundaram v. County of Santa
25 Barbara, 2001 WL 540515, *1 (C.D.Cal. 2001); Beam System, Inc. v.
26 Checkpoint Systems, Inc., 1997 WL 423113, *9 n.9 (C.D.Cal. 1997).
27 "[A]llowing parties to litigate fully their case before the
28 magistrate and, if unsuccessful, to change their strategy and

1  present a different theory to the district court would frustrate
2  the purpose of the Magistrates Act." <u>Greenhow</u>, 863 F.2d at 638.
3      While a district court judge may receive additional evidence
4  under 28 U.S.C. § 636(b)(1)(c) when determining whether to accept
5  or reject a magistrate judge's findings and recommendations, the
6  court exercises its discretion and declines to consider the new
7  evidence because Plaintiff has not provided any reason why the
8  declaration was not submitted during the long period during which
9  the motion for default judgment was pending before the Magistrate
10 Judge issued the findings and recommendations. <u>U.S. v. Howell</u>,
11 231 F.3d 615, 622-23 (9th Cir. 2000), <u>cert</u>. <u>denied</u>, 534 U.S. 831
12 (2001) (district court judge has discretion to reject evidence
13 submitted after findings and recommendations have issued).
14 Indeed, the Magistrate Judge gave the Plaintiff two opportunities
15 to submit additional materials in support of the motion before
16 the findings and recommendation were filed.
17     Further, even if the new materials were considered, the
18 Plaintiff does not brief or demonstrate how Plaintiff's efforts
19 comply with state law requirements, discussed in the findings and
20 recommendations, or with 18 U.S.C. § 985(c)(1).
21     In accordance with the provisions of 28 U.S.C. § 636
22 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist</u>., 708 F.2d
23 452, 454 (9th Cir. 1983), this Court has conducted a de novo
24 review of the case. Plaintiff has filed objections to the
25 findings and recommendations; the undersigned has considered the
26 objections and has determined there is no need to modify the
27 findings and recommendations based on the points raised in the
28 objections.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed May 5, 2005, are ADOPTED IN FULL; and

2. Plaintiff's motion for default judgment IS DENIED without prejudice.

IT IS SO ORDERED.

Dated:     **August 15, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                       UNITED STATES DISTRICT JUDGE