UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED AT 8647 NINTH STREET, SAN JOAQUIN, FRESNO COUNTY, CALIFORNIA, APN: 033-091-24, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>              Defendant.<br>_____/ | 1:05-cv-00733-AWI-SMS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 34)<br><br>**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR DEFAULT JUDGMENT** (Doc. 31)<br><br>**ORDER DIRECTING CLERK TO VACATE PREVIOUS ENTRIES OF DEFAULT** (Docs. 15-16)<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT FOR PLAINTIFF** |

   The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(19) and 72-303.  Pending before the Court is Plaintiff's second motion for default judgment (Doc. 31).  A previous motion for default judgment was considered and denied on August 18, 2006 (Doc. 28).

   On July 30, 2007, the Magistrate Judge filed Findings and a Recommendation that Plaintiff's second motion for default judgment be granted (Doc. 34).  The Findings and Recommendation were served on all parties and contained notice that any

1

objections to the Findings and Recommendation were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and <u>Britt v. Simi Valley United School Dist</u>., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 30, 2007, are ADOPTED IN FULL;

2. The Clerk of Court VACATE the entry of default as to Jose Luis Mandujano and Leticia Espino Mandujano previously entered on December 21, 2005 (Docs. 15-16), and ENTER forthwith default as to Jose Luis Mandujano and Leticia Espino Mandujano;

3. Plaintiff's second motion for default judgment, filed May 3, 2007, is GRANTED; and,

4. Plaintiff is entitled to, and the Clerk ENTER, judgment as follows:

   (A) The interest/s of Jose Luis Mandujano, Leticia Espino Mandujano, and Jose Mario Barrera Olivares in the Defendant real property are forfeited to the United States of America;

   (B) The right, title, and interest of potential claimants Jose Luis Mandujano, Leticia Espino Mandujano, and Jose Mario Barrera Olivares in the Defendant property are forfeited to

1  the United States of America pursuant to 21 U.S.C. § 881(a)(6),
2  and are vested in the United States of America; and,
3             (C)  All persons claiming any right, title, or interest
4  in or to the Defendant property have defaulted and no longer have
5  any right, title, or interest in the Defendant property
6  whatsoever; and,
7       5.   The Clerk of Court ENTER final judgment of forfeiture
8  for Plaintiff, United States of America.

10  IT IS SO ORDERED.
11  **Dated:   September 10, 2007**          /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE