McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 8647 NINTH STREET, SAN JOAQUIN, FRESNO COUNTY, CALIFORNIA, APN: 033-091-24, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>Defendant. | 1:05-CV-00733-AWI-SMS<br><br>**DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

This matter is before the Court on Plaintiff United States' Second *Ex Parte* Motion for Default Judgment filed May 3, 2007. The Magistrate Judge has recommended that plaintiff's second motion for default judgment be granted and no timely objection has been filed. An Order Adopting Findings and Recommendation; Order Granting Plaintiff's Second Motion for Default Judgment; Order Directing Clerk to Vacate Previous Entries of Default; and Order Directing Clerk to Enter Judgment for Plaintiff was filed on September 12, 2007. Based on the Magistrate Judge's Findings and Recommendations Re: Plaintiff's Second Motion for Default Judgment, the Order Adopting Findings and Recommendation, and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. After a *de novo* review, the Court adopts the Magistrate Judge's Findings and

1 | Recommendations filed September 12, 2007 in full.
2 |     2.    Jose Luis Mandujano, Leticia Espino Mandujano, and Jose Mario Barrera Olivares
3 | are held in default.
4 |     3.    A judgment by default is hereby entered against any right, title, or interest in the
5 | defendant Real Property Located at 8647 Ninth Street, San Joaquin, Fresno County, California,
6 | APN: 033-091-24, Including All Appurtenances and Improvements Thereto (hereafter "defendant
7 | real property"), more fully described in Exhibit A attached hereto, held by any potential claimants.
8 |     4.    A final judgment is hereby entered forfeiting all right, title, and interest in the
9 | defendant real property to the United States of America, to be disposed of according to law,
10 | including all right, title, and interest of Jose Luis Mandujano, Leticia Espino Mandujano and Jose
11 | Mario Barrera Olivares.
12 |     5.    All parties shall bear their own costs and attorneys' fees.
13 | SO ORDERED, this 7th day of January, 2008.

ANTHONY W. ISHII
United States District Judge

Exhibit A

(Real Property Located at 8647 Ninth Street, San Joaquin, Fresno County, California, APN: 033-091-24)

Lots 25 and 26 in Block 10 of the Townsite of San Joaquin, (now City of San Joaquin), in the County of Fresno, State of California, according to the map thereof recorded in Book 7, Pages 83, 84 and 85 of Plats, Fresno County Records.

APN: 033-091-24